

## NUMBER 13-22-00590-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                         Appellant,

v.

OMAR GERARDO HERNANDEZ,                                            Appellee.

### On appeal from County Court at Law No. 2 of Cameron County, Texas.

## ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva Order Per Curiam**

Appellant, the State of Texas, by and through the District Attorney for Cameron County, Texas, has filed a motion for stay of proceedings in the above cause. On November 29, 2022, the trial court granted a motion to suppress in cause number 17-CCR-1281-B.

The State has filed a notice of appeal in this cause and now requests that all further

proceedings be stayed pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(e). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby granted, and all trial court proceedings in this cause are ordered stayed pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
11th day of January, 2023.